IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| LAST CALL GUARANTOR, LLC, et al., | ) | Bk. No. 16-11844 (KG) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |
| DW VALUE MASTER FUND, LTD., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civ. No. 16-922-SLR |
| | ) | |
| LAST CALL GUARANTOR LLC and | ) | |
| FUN EATS AND DRINKS, LLC, | ) | |
| | ) | |
| Appellees. | ) | |

**ORDER**

At Wilmington this 17th day of April, 2017, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **May 19, 2017.**

2. Appellees' brief in opposition to the appeal is due on or before **June 19, 2017.**

3. Appellant's reply brief is due on or before **July 3, 2017.**

_____
Senior United States District Judge